TRAVIA ᴇᴛ ᴀʟ. *v.* LOMENZO, SECRETARY OF
STATE OF NEW YORK, ᴇᴛ ᴀʟ.

No. 633.  Decided December 13, 1965.

*Simon H. Rifkind, Edward N. Costikyan* and *Leo A.
Larkin* for appellants.

*Louis J. Lefkowitz,* Attorney General of New York,
*Daniel M. Cohen,* Assistant Solicitor General, *Donald
Zimmerman,* Special Assistant Attorney General,
*George D. Zuckerman,* Assistant Attorney General, and
*Willis Burton Lemon* for appellees.

Pᴇʀ Cᴜʀɪᴀᴍ.

The judgment is affirmed.

Mʀ. Jᴜsᴛɪᴄᴇ Hᴀʀʟᴀɴ concurs in the result for the rea-
sons stated in his acquiescence to the affirmance of the
judgment in *Travia* v. *Lomenzo, ante,* p. 4, at 8.

Mʀ. Jᴜsᴛɪᴄᴇ Fᴏʀᴛᴀs took no part in the consideration
or decision of this case.